**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 10-20233

v.

HONORABLE DENISE PAGE HOOD

MATTHEW BROWN,

    Defendant.
_____/

## ORDER

For the reasons set forth on the record during the trial held in this matter,

IT IS ORDERED that the Government's Motion in Limine **(Doc. No. 33, 8/2/11)** is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion for Supplemental Jury Instruction **(Doc. No. 44, filed 12/15/11)** is GRANTED.

                      S/Denise Page Hood
                      Denise Page Hood
                      United States District Judge

Dated: December 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 22, 2011, by electronic and/or ordinary mail.

                      S/Julie Owens
                      Case Manager